# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

ADA RITA PERANSI,
*ADMINISTRATOR OF THE ESTATE OF DECEASED*, HAYDEE PERANSI

  *Plaintiff,*

  vs.

MARIA ALBARRAN-MENDOZA, et al.,

  *Defendants.*

Case No. 16-1068-EFM-GEB

## MEMORANDUM AND ORDER

  This matter comes before the Court on the Magistrate's Report and Recommendation, filed April 15, 2016, regarding Defendant Maria Albarran-Mendoza's Motion to Proceed without Prepayment of Fees.  The Magistrate Judge recommended that Defendant's Motion be denied because Defendant admits she received at least $144,000 from her mother's estate in less than two years' time and because she failed to demonstrate that this income is insufficient to pay the filing fee.  More than ten days have passed since the Report and Recommendation was filed, and Defendant has not filed a written objection to the proposed findings and recommendations.  In addition, after the Magistrate Judge issued her Report and Recommendation, Defendant paid the required filing fee.

The Court has reviewed the Report and Recommendation and finds itself in complete agreement with the Magistrate Judge's conclusions. Defendant does not qualify to proceed without payment of fees. The Court therefore adopts the Magistrate Judge's Report and Recommendation as its own.

**IT IS THEREFORE ORDERED** that the Court accepts the recommended decision of the Magistrate Judge in Report and Recommendation (Doc. 13) and adopts it as its own.

**IT IS SO ORDERED**.

Dated this 17th day of May, 2016.

ERIC F. MELGREN
UNITED STATES DISTRICT JUDGE